UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 19, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                         )
         Plaintiff, )
v. )
                                         )
CASSIUS MARCELLUS HALEY JR., )
                                         )
         Defendant. )

Case No. 2:12MJ00103-GGH-1

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  CASSIUS MARCELLUS HALEY JR. , Case No.  2:12MJ00103-GGH-1 , Charge  21USC § 846, 941(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __     Release on Personal Recognizance

     __     Bail Posted in the Sum of $_____

           __     Unsecured Appearance Bond

           __     Appearance Bond with 10% Deposit

           __     Appearance Bond with Surety

           __     Corporate Surety Bail Bond

     ✔     (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 19, 2012  at  2:00 pm  .

                                        By   /s/ Gregory G. Hollows
                                             Gregory G. Hollows
                                             United States Magistrate Judge

Copy 5 - Court